AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Haik, Richard T. | **2. Court or Organization** <br><br> Western District of Louisiana | **3. Date of Report** <br><br> 05/12/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge - Active | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2010 <br> to <br> 12/31/2010 |
| **7. Chambers or Office Address** <br><br> 800 Lafayette Street <br> Suite 4200 <br> Lafayette, LA 70501 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Colonel J. George & S. Saloom Hannie Community Home, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Haik, Richard T.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 7/15/10 | Sandestin, FL | Seminar Speaker | Travel, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | St. Landry Bank and Trust Company - See Note in Part VIII. | Bank loan to purchase investment in BPLVisions, LLC formerly The McGeHee Group, LLC | J |
| 2. | USAA Federal Savings Bank - See Note in Part VIII. | Bank loan to purchase residential rental property ▓▓▓▓▓▓ | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Iberia Bank Accounts | A | Interest | K | T | | | | | |
| 2. Farmers Merchants Bank & Trust Account | A | Interest | J | T | | | | | |
| 3. Gulf Coast Bank CDs Account | A | Interest | L | T | | | | | |
| 4. Capital One Bank, NA CDs Account | C | Interest | M | T | | | | | |
| 5. Regions Bank CDs Account | A | Interest | M | T | | | | | |
| 6. Home Bank CDs Account | A | Interest | K | T | | | | | |
| 7. Farmers Merchants Bank & Trust CDs Account | A | Interest | J | T | | | | | |
| 8. Capital One Bank, NA Accounts | C | Interest | K | T | | | | | |
| 9. Midsouth Bank, NA Accounts | A | Interest | K | T | | | | | |
| 10. Regions Bank Accounts | A | Interest | K | T | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. -- Diamond Offshore Drilling, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. --Iberiabank Corp Common Stock | A | Dividend | J | T | | | | | |
| 14. --Rowan Cos Inc. Common Stock | | None | J | T | | | | | |
| 15. --Edward Jones Money Market Account | A | Dividend | K | T | | | | | |
| 16. Brokerage Account #2 | | | | | | | | | |
| 17. --San Juan Basin Royalty Trust | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Xerox Capital Trust Capital Securities | A | Interest | J | T | | | | | |
| 19. --Camden County, NJ Pollution Control Bonds | A | Interest | | | Redeemed | 12/01/10 | J | A | |
| 20. --Capital Projects Fin Auth FL Bonds | A | Interest | J | T | | | | | |
| 21. --Charlton County, GA Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 22. --DWS Managed Municipal Bond Fund | A | Int./Div. | J | T | | | | | |
| 23. --Hudson County, NJ Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 24. --Ohio State Solid Waste Disposal Revenue Bonds | A | Interest | J | T | | | | | |
| 25. --Port of New Orleans, LA Board of Commissioners | A | Interest | J | T | | | | | |
| 26. --Putnam Tax Exempt Income | A | Int./Div. | J | T | | | | | |
| 27. --St. Paul, MN Port Authority Industrial Revenue Bonds | A | Interest | J | T | | | | | |
| 28. --Allegheny County, PA Hospital Bonds | A | Interest | | | Redeemed | 11/15/10 | J | A | |
| 29. --Angola, IND Healthcare Facs Revenue Bonds | A | Interest | | | Redeemed | 10/1/10 | J | A | |
| 30. --Ben Hill County, GA Revenue Bonds | B | Interest | | | Redeemed | 05/05/10 | K | B | |
| 31. --Bibb County, GA Development Authority Bonds | C | Interest | K | T | | | | | |
| 32. --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |
| 33. --Central Arizona Irrigation & Drainiage District Bonds | A | Interest | J | T | Partial Redm | 06/01/10 | J | A | |
| 34. --Connecticut Development Authority Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Crawford County, GA Development Authority Bonds | B | Interest | | | Redeemed | 05/17/10 | J | A | |
| 36. --Denham Springs-Livingston Housing Bonds | A | Interest | | | Redeemed | 08/02/10 | J | A | |
| 37. --East Carrol Parish, LA Law Enforcement Bonds | A | Interest | J | T | | | | | |
| 38. --Escambia County, FL Health Facs Bonds | A | Interest | | | Redeemed | 03/01/10 | J | A | |
| 39. --Hammond-Tangipahoa Home Mortgage Bonds | A | Interest | J | T | | | | | |
| 40. --Hancock County, TN Health Ed Bonds | A | Interest | | | Redeemed | 08/20/10 | J | A | |
| 41. --Lafayette, LA Public Trust Fin Auth Bonds | A | Interest | K | T | | | | | |
| 42. --Langhorne Manor Boro, PA Higher Education Bonds | A | Interest | J | T | | | | | |
| 43. --Louisiana State University Bonds | A | Interest | J | T | | | | | |
| 44. --Montgomery-Southside, AL Revenue Bonds | B | Interest | K | T | | | | | |
| 45. --New Jersey Health Care Facilities Bonds | B | Interest | J | T | Redeemed (part) | 07/01/10 | J | A | |
| 46. --St. Paul, MN Port Authority Bonds | A | Interest | J | T | | | | | |
| 47. --St. Paul, MN Port Auth Hsg & Red | A | Interest | J | T | | | | | |
| 48. --St. Tammany Parish, LA Hospital Bonds | A | Interest | J | T | | | | | |
| 49. --Savannah, GA Economic Development Authority Bonds | A | Interest | J | T | | | | | |
| 50. --Shreveport, LA Water & Sewer Revenue Bonds | A | Interest | J | T | | | | | |
| 51. --Sumner, IL Healthcare Facilities Revenue Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Tillman County, OK Revenue Bonds | B | Interest | J | T | | | | | |
| 53. --Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 54. --Tjiwi Kimia Intl Finance Co Senior Notes | | None | J | T | | | | | |
| 55. --Tricom SA Guaranteed Note | | None | J | T | | | | | |
| 56. --Cablevision SA Notes | A | Interest | J | T | Redeemed (part) | 10/08/10 | J | A | |
| 57. --Williams Communications Group | | None | J | T | | | | | |
| 58. --Money Market Fund Investment Shares | A | Dividend | K | T | Sold (part) | 11/10/10 | M | A | |
| 59. --Hartford Income Shares Fund, Inc. Mutual Fund (Y) | | | | | | | | | |
| 60. --MFS Multimarket Income Trust Mutual Fund | A | Dividend | J | T | | | | | |
| 61. --San Juan Basin Royalty Trust Units | A | Royalty | J | T | | | | | |
| 62. --At Home Corp Subordinated Notes | | None | J | T | | | | | |
| 63. --Capital Income Builder Fund A | A | Dividend | K | T | | | | | |
| 64. --Rapides Fin Auth LA Revenue Cleco | B | Interest | K | T | | | | | |
| 65. --Regions Financial Corp | A | Dividend | J | T | | | | | |
| 66. --LA State Gas & Fuels Tax Ser A Revenue | A | Interest | J | T | | | | | |
| 67. --Seligman National Municipal Fund | A | Int./Div. | J | T | | | | | |
| 68. --Home Bancorp, Inc. Stock | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Ultra Pure Technologies, Inc. Stock | | None | J | T | | | | | |
| 70. --Louisiana Public Facilities Auth Rev Bonds | A | Interest | K | T | Buy | 09/09/10 | K | | |
| 71. --Katy Texas Inpdt School District Bonds | | None | K | T | Buy | 12/07/10 | K | | |
| 72. --Frontier Communications Corp Stock (X) | A | Dividend | J | T | | | | | |
| 73. --Rivus Bond Fund (X) | A | Dividend | J | T | | | | | |
| 74. Individual Retirement Account #1 | D | Dividend | N | T | | | | | |
| 75. --American Balanced Fund | | | | | | | | | |
| 76. --American Mutual Fund | | | | | | | | | |
| 77. --Capital World Growth & Income Fund | | | | | | | | | |
| 78. --Europacific Growth Fund | | | | | | | | | |
| 79. --Growth Fund of America | | | | | | | | | |
| 80. --Income Fund of America | | | | | | | | | |
| 81. --New Perspective Fund | | | | | | | | | |
| 82. --Washington Mutual Investors Fund | | | | | | | | | |
| 83. --American Funds Sh Term Bond Fund | | | | | | | | | |
| 84. Colonel J. George & S. Saloom Hannie | | None | M | W | | | | | |
| 85. BPL Visions, LLC formerly The McGeHee Group, LLC | | None | M | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oxford Partners, LLC (X) | | None | J | W | | | | | |
| 87. Gordon Global Investments, LLC | | None | J | W | Buy | 01/10/10 | J | | |
| 88. 1/3 Interest in Property Located in Vermilion Parish, LA (X) | | None | J | W | | | | | See Note I in Part VIII. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line#1 - Loan was paid in full on 11/24/2010.

Part VI, Line #2 - [          ] sold property in 2010 and paid off this note, so no further liability exists.

Part VII, Line#88 - This property was acquired through inheritance. There is no physical address for the property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard T. Haik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544